UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. _____

IMPACT FITNESS, INC., )
    Plaintiff, )
     )
v. )
     )
REAL RYDER INTERNATIONAL, )
LLC, )
    Defendant. )

## COMPLAINT AND JURY DEMAND

### PARTIES

1. The plaintiff, Impact Fitness, LLC (hereinafter referred to as "Impact") is a Massachusetts limited liability corporation with a principle place of business located at 202 Wood Street, Hopkinton, Massachusetts.

2. The defendant, RealRyder International, LLC (hereinafter referred to as "RealRyder"), is a Delaware corporation with a principle place of business located at 2711 Centerville Road, Suite 400, Wilmington, Delaware with an agent, Colin Irving located at 3200 Airport Ave, Unit 21, Santa Monica, California.

### JURISDICTION

3. Jurisdiction is proper pursuant to M.G.L. c. 223A in that the Defendant RealRyder transacted business in the Commonwealth, and/or contracted to supply things (exercise bikes) in the Commonwealth.

1

## FACTS

4. On or about March of 2017, Impact contracted with RealRyder for indoor exercise cycles for use at its fitness/gym facility located in Auburn, Massachusetts.

5. Prior to contracting for the purchase of said equipment, Victoria Ofria, a manager of Impact entered into significant discussions with the representatives of RealRyder concerning the functions of the equipment.

6. Of particular importance was whether the cycle had a locking mechanism. This was an important and meaningful component from a couple of different perspectives. First, the cycles being sold had the ability to move from side to side. This feature, however, was counterproductive and not consistent with the intended use which required the exercise cycle to incorporate various movements not possible if the cycle was not locked in a stationary position.

7. At all relevant times it was made clear that this feature was critical and without the locking feature the cycles were not usable in the intended fashion.

8. RealRyder, through its agents, employees and representatives repeatedly, prior to the sale and subsequently, continued to represent that the cycles would feature a locking mechanism.

9. Based upon the initial representations, Impact purchased the cycles at a cost of $49,560.40. A true and accurate copy of the invoice for the cycles is attached hereto as Exhibit A.

10. As Impact made clear these cycles were being purchased as part of a large financial investment which included but not limited to creation of a space for the cycling classes to be taught with full acoustic and audio technology.

## COUNT I

### (Fraud in the Inducement)

11. The Plaintiff, Impact, repeats and realleges the allegations as stated in Paragraph's 1-10 of the Complaint as if expressly restated herein.

12. The representations made by RealRyder prior to the purchase of the cycles were of material fact.

13. The representations made by RealRyder were made with the intent to induce Impact to act by purchasing the cycles.

14. The representations by RealRyder were made at a time when the representatives of RealRyder knew and/or should have known them to be false.

15. The representations of RealRyder induced Impact to act.

16. As result of said misrepresentations, Impact has been damaged.

## COUNT II

### (Breach of Contract)

17. The Plaintiff, Impact, repeats and realleges the allegations as stated in Paragraph's 1-16 of the Complaint as if expressly restated herein.

18. The Defendant, RealRyder, had a duty to act with good faith and fair dealing in regard to its conduct as it related to the contract as between the parties.

19. The Defendant, RealRyder, breached the covenant of good faith and fair dealing in its contract with Impact.

20. As a result of RealRyder's breach of contract, Impact has been damaged.

## COUNT III

### (Breach of Warranty)

21. The Plaintiff, Impact, repeats and realleges the allegations as stated in Paragraph's 1-20 of the Complaint as if expressly restated herein.

22. The cycles sold were purchased with certain express and implied warranties which included the ability of the cycles to lock.

23. The cycles at issue lacked the capacity to lock and consequently breached the warranty for a particular purpose.

24. As a result, Impact was damaged.

## COUNT IV

### (M.G.L. c. 93A)

25. The Plaintiff, Impact, repeats and realleges the allegations as stated in Paragraph's 1-24 of the Complaint as if expressly restated herein.

26. The parties are "persons" as that term is defined by M.G.L. c. 93A, engaged in commercial and/or business.

27. The conduct of RealRyder, based upon its misrepresentations, breach of warranty and/or intentional breach of the covenant of good faith and fair dealing constitutes a violation of M.G.L. c. 93A, §2 and 9.

28. The conduct of RealRyder was intentional and willful.

29. As a result of the aforementioned violation of M.G.L. c. 93A, Impact has been damaged.

## DEMAND FOR TRIAL BY JURY

The Plaintiff demands a trial by jury on all triable issues

WHEREFORE, the Plaintiff, Impact respectfully requests that this Court:

1. Enter an order voiding the contract as between the parties and require any and all funds to be reimbursed/refunded to the Plaintiff;

2. Enter judgment in favor of the Plaintiff and against the Defendant on all counts;

3. Award the Plaintiff damages on Counts I, II, III and IV;

4. Award the Plaintiff multiple damages pursuant to M.G.L. c. 93A;

5. Award the Plaintiff its costs, including reasonable attorney's fees pursuant to M.G.L. c. 93A; and

6. Grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By its Attorney,

John M. Wozniak, Esq. BBO#556441
The Wozniak Law Group, P.C.
159 Hartford Avenue East
Mendon, MA 01756
T: (508) 478-3788
attywozniak@wozniaklawgroup.com

Dated: August 15, 2019

# EXHIBIT A



*More Moves, More Complete Workouts*

Date: 3/10/17
Invoice#RR0213889

Sold To: Impact Fitness LLC
Victoria Shay-Ofria
202 Wood Street
Hopkinpon, MA 01748

Ship To:

| Salesperson | Terms | Shipping Method | FOB | Estimated Shipping Date |
|---|---|---|---|---|
| Jackie Mendes | 50% Deposit Balance Due Prior to Shipping | Common Carrier | Los Angeles | TBD |

| Qty | Item # | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 31 | ABF8 | RealRyder® ABF8 Indoor Cycles | $1,995.00 | $61,845.00 |
| 31 | Discount | Discount Show Special | -$500.00 | -$15,500.00 |
|  | Freight | Bike shipping Via Common Carrier | $3,169.59 | $3,169.59 |
| 31 | Computers | RealRyder Cycling Computer | $179.00 | $5,549.00 |
| 31 | Discount | Discount Show Special | -$179.00 | -$5,549.00 |
|  | UPS | Shipping of Computers Via UPS | $45.81 | $45.81 |

| | |
|---|---|
| Total | $49,560.40 |
| Payment Received | $24,757.30 |
| Balance Due | $24,803.10 |

*Thank you for your business!*
RealRyder® International LLC  3200 Airport Ave, Unit 21, Santa Monica, CA 90405 Phone 800.976.6280
310.390.1803 Fax 310.881.1268
Federal Tax ID 26-1192061